<u>**ATTACHMENT A**</u>
<u>**STIPULATION OF FACTS**</u>

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On February 1, 2024, at around 12:52 p.m., Baltimore Police Department ("BPD") officers responded to a call for service at 3412 Esther Place in reference to a suspected breaking and entering. Officers met with the owner upon arrival who explained that she received a call from a concerned neighbor that there were squatters occupying the property. The owner noticed that the basement window of the home had been shattered and boarded up with plywood from the inside. The owner gave the officers the keys to her property and asked them to clear the home.

Officers announced themselves before using the owner's keys to enter. One officer stationed at the back of the house stopped the Defendant, Bohrer Harris, at the back door. While securing the residence, officers found one other male suspect (Individual 1) inside the home. The Defendant and Individual 1 were placed under arrest for fourth degree burglary.

Officers searched the Defendant incident to arrest and found a black SCCY CPX-1 handgun bearing serial number 096564 inside the Defendant's pant leg. The firearm was loaded with approximately eleven rounds of 9mm ammunition.

The firearm was test-fired and found to be operable, thereby meeting the definition of a firearm pursuant to 18 U.S.C. § 921(a)(3). The ammunition also meets the definition of ammunition pursuant to 18 U.S.C. § 921(a)(17).

Prior to possessing the firearm on February 1, 2024, Harris had been convicted of a crime punishable by imprisonment for a term exceeding one year, his civil rights had not been restored, and he had knowledge of this status when he possessed the firearm and ammunition. The Defendant agrees that he knowingly possessed the firearm and ammunition.

The above-listed firearm and ammunition affected interstate commerce, as they were manufactured outside of the State of Maryland.

All the above-described events took place in the District of Maryland.

SO STIPULATED:

_____
Jacob Gordin
Special Assistant U.S. Attorney

Rev. August 2018

10

_____
Bohrer Harris
Defendant

_____
Gabriel Reyes
Counsel for Defendant

Rev. August 2018

11